BILLY TAUB, Respondent, v. THE CREDIT CLEARING HOUSE, Appellant.— Order so far as appealed from modified by granting motion to vacate the notice of examination except as to items 1 and 2, and as so modified affirmed, with twenty dollars

costs and disbursements to the appellant. (See *Pring* v. *Thorp*, 168 App. Div. 887; *Mason* v. *N. Y. Review Pub. Co.*, 154 id. 651.) Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and Martin, JJ., dissent on the authority of *Shaw* v. *Samley Realty Co.* (201 App. Div. 433); *Welling* v. *Kugel* (215 id. 770). The date for the examination to proceed to be fixed in the order. Settle order on notice.